UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MARY CLUCK,

        Plaintiff,

    v.

STATE OF WASHINGTON *et al.*,

        Defendants.

Case No. C07-5047RBL

ORDER DENYING PLAINTIFF'S
MOTION TO EXTEND TIME TO
CURE *IN FORMA PAUPERIS*
DEFECTS AS MOOT

      This Civil Rights action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. § 636(b)(1)(B).  Plaintiff has been given leave to proceed *in forma pauperis* (Dkt. # 8).  Before the court is a motion asking for a sixty-day extension of time to cure defects in the *in forma pauperis* application (Dkt. # 10).  The motion was filed on February 23, 2007, the same day the application was granted.  The motion is **DENIED AS MOOT.**

      The Clerk is directed to send a copy of this Order to plaintiff and remove docket number 10 from the calendar.

      DATED this 22, day of March, 2007.

                /S/ *J. Kelley Arnold*
                J. Kelley Arnold
                United States Magistrate Judge

ORDER PAGE 1