HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MARY CLUCK,<br><br>        Plaintiff,<br><br>    v.<br><br>STATE OF WASHINGTON *et al,*<br><br>        Defendants. | Case No. C07-5047RBL<br><br>ORDER |

THIS MATTER comes on before the above-entitled Court upon Plaintiff's "Motion for Return of 1983 Complaint and 60-day Extension of Time to Amend" [Dkt. #10, 11].

Having considered the entirety of the records and file herein, the Court finds and rules as follows:

This matter has been referred to Magistrate Judge J. Kelley Arnold under 25 U.S.C. §636. Under Fed. R. Civ. P. 72(a) the non-dispositive order of a magistrate judge to whom the matter has been referred may be reviewed by the District Court upon the objection of a party. In the body of plaintiff's filings, she requests that this Court rule on her motions; therefore, the Court will construe her motions as objections under Fed. R. Civ. P. 72(a).

Magistrate Judge Arnold correctly determined that plaintiff's complaint does not contain a "short and plain statement of the claim" Fed. R. Civ. P. 8(a), and that the complaint must be amended before any further action can be taken by the Court. Therefore, plaintiff's objection to Magistrate Judge Arnold's Order [Dkt. #9] is **DENIED**. The Court will allow plaintiff 60 days, up until June 4, 2007 to file an amended complaint.

1 | If the clerk has not previously done so, he shall return the original copy of the complaint to plaintiff.

2 | **IT IS SO ORDERED.**

3 | The Clerk shall send uncertified copies of this order to all counsel of record, and to any party appearing
4 | pro se.

5 | Dated this 3rd day of April, 2007.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE