UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MARY CLUCK,

    Plaintiff,

    v.

STATE OF WASHINGTON *et al.*,

    Defendants.

Case No. C07-5047RBL

ORDER DENYING PLAINTIFF'S MOTION TO EXTEND TIME TO FILE AN APPEAL AS MOOT

This Civil Rights action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. § 636(b)(1)(B). Plaintiff has been given leave to proceed *in forma pauperis* (Dkt. # 8). Before the court is a motion asking for an extension of time to file an appeal from Judge Leighton's order dated April 3, 2007 (Dkt. # 16). The motion and attached notice of appeal were received April 30, 2007 and are timely. An extension of time is therefore not needed. The motion is **DENIED AS MOOT.**

The Clerk is directed to send a copy of this Order to plaintiff and remove docket number 16 from the calendar. The notice of appeal should be filed and it should be noted it was received April 30, 2007.

DATED this 21 day of May, 2007.

                                              */S/ J. Kelley Arnold*
                                              J. Kelley Arnold
                                              United States Magistrate Judge

ORDER PAGE 1