1

2

3

4

5

6

7

8

9

10

11

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

12

13

14

15

16

17

MARY CLUCK,

        Plaintiff,

    v.

STATE OF WASHINGTON *et al.*,

        Defendants.

Case No. C07-5047RBL

ORDER TO SHOW CAUSE

18

19

20

21

    This civil rights action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. § 636(b)(1)(B).  Plaintiff was given leave to proceed *in forma pauperis.*  On February 23, 2007, plaintiff was ordered to file an amended complaint (Dkt. # 9).  That order gave plaintiff until March 30, 2007 to comply.

22

23

24

    Plaintiff sought and received an extension of time until June 4, 2007 to comply with the order to file an amended complaint (Dkt. # 11 and 15).  Plaintiff did not comply with the court order and instead filed an appeal which has been dismissed (Dkt. # 16 to 22).

25

26

27

    As of June 8, 2007, the court has not received an amended complaint.  The court now **ORDERS** plaintiff to **SHOW CAUSE** why this action should not be dismissed for failure to comply with a court order and failure to prosecute this action.

28

ORDER PAGE 1

1    Plaintiff will have until **July 6, 2007,** to show cause or file an amended complaint.  Failure to

2  meet these deadlines will result in a Report and Recommendation that this action be **DISMISSED**.

3    The Clerk is directed to send a copy of this Order to plaintiff.

4

5    DATED this 8 day of June, 2007.

6

7                    /S/ *J. Kelley Arnold*
                    J. Kelley Arnold
8                    United States Magistrate Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  ORDER PAGE 2