# United States District Court

WESTERN DISTRICT OF WASHINGTON

MARY CLUCK

JUDGMENT IN A CIVIL CASE

v.

STATE OF WASHINGTON, et al.,

CASE NUMBER: C07-5047RBL

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

The Court adopts the Report and Recommendation; and

This action is **DISMISSED** prior to service for failure to comply with the courts order to amend. **This dismissal is a strike under 28 U.S.C. § 1915(g).**

| | |
|---|---|
| August 7, 2007 | BRUCE RIFKIN |
| Date | Clerk |
| | |
| | *s/CM Gonzalez* |
| | Deputy Clerk |